■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NIGEL FIGUEROA, Appellant. [605 NYS2d 918] —Appeal by the defendant, as limited by his motion, from two sentences of the Supreme Court, Kings County (Feldman, J.), both imposed September 23, 1992.

Ordered that the sentences are affirmed *(see, People v Kazepis,* 101 AD2d 816). Mangano, P. J., Sullivan, Rosenblatt, Eiber and Joy, JJ., concur.